1190

No. 10–7856. BLODGETT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 10–7863. WHITE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7865. WILLIS *v.* NAGIN, MAYOR, CITY OF NEW ORLEANS, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 10–7866. COX *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY. C. A. 4th Cir. Certiorari denied. ▮ ▮

No. 10–7879. BEALE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 10–7882. WILLIAMS *v.* HALL, SUPERINTENDENT, TWO RIVERS CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 10–7886. DOUGLAS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 10–7888. BENJAMIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 10–7893. WEBB *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 10–7894. THOMAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 10–7896. PATTERSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7898. BASCIANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ▮

No. 10–7899. BISHAWI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 10–7901. RANDALL *v.* LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied. ▮

No. 10–7903. CARRAWAY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮